UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **RAUL RIOS CASTELLANOS,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | Civil Action No: 7:22-CV-30 |
| **JONG SUN CHOI and CJH LOGISTICS,** § | |
| **INC.** § | |
| *Defendants*. § | |

**DEFENDANTS' NOTICE OF FILING FEDERAL NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

On February 14, 2022, Defendants **Jong Sun Choi and CJH Logistics, Inc.** filed the attached Notice of Removal in the Office of the Clerk of the United States District Court for the Western District of Texas, Midland/Odessa Division.

                                                Respectfully submitted;

                                                COX P.L.L.C

                                                */s/ Clinton V. Cox, IV*

                                                **Clinton V. Cox, IV**
                                                State Bar No. 24040738
                                                ccox@coxpllc.com
                                                **Laura Shelton**
                                                State Bar No. 24026157
                                                lyerger@coxpllc.com
                                                8144 Walnut Hill Lane, Suite 1090
                                                Dallas, Texas 75231
                                                P: (214) 444-7050
                                                F: (469) 340-1884

                                                **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all attorney of record, pursuant to the Texas Rules of Civil Procedure on this the 14th day of February 2022.

_____
**Clinton V. Cox, IV**